O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRIAM ESTRADA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CARDINAL HEALTH and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV 14-07988 DDP (RZx) <br><br> **ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY** |

    Removing Defendant Cardinal Health is ordered to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. Defendant removed this action to this court on the basis of diversity jurisdiction. District courts have original jurisdiction over "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." 28 U.S.C. § 1332(a).

    It is not clear to the court that the amount in controversy in this matter exceeds $75,000. Defendant contends that Plaintiff

seeks damages in excess of the jurisdictional requirement of $75,000, notwithstanding the fact that the Complaint does not specify the dollar amount of damages being sought. (Notice of Removal p.6).

Accordingly, the court orders Defendant to file a brief, not to exceed five pages, within 10 days of the date of this order, showing cause why this action should not be remanded for lack of jurisdiction.  Defendant should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  The court will regard any failure to file an explanatory brief as consent to remand this matter.

**IN ADDITION,** the SCHEDULING CONFERENCE set for January 12, 2015 is continued to February 9, 2015 at 3:30 p.m.

IT IS SO ORDERED.

Dated: January 9, 2015

DEAN D. PREGERSON
United States District Judge

2